**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 47.16.169.233**

**ISP:** Optimum Online
**Physical Location:** Elizabeth, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/16/2016 11:10:00 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack 4CBE887 |
| 04/10/2016 19:44:55 | 2D977CF21E6554D14D2FCAF8763E43CA6636E264 | Luckiest Man Alive |
| 04/10/2016 19:40:42 | AC3307D2D37E7B5023434EE0DF45485C0FB358D6 | Susie Forever |
| 04/10/2016 19:40:35 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 04/09/2016 09:09:58 | 44EDC9FCC92975700DA5F929B827A5BEE2277CEB | Two Cocks In Karla |
| 04/03/2016 19:25:50 | 29845BE64D918296DC82160A76CE0B64B88014D3 | Unbelievably Beautiful |

**Total Statutory Claims Against Defendant: 131**

EXHIBIT A

CNJ585